Because qualified immunity protects public officials not only from liability, but from suit itself The state defendants are entitled to have the defense addressed at the motion to dismiss stage Before being subjected to thousands of hours of discovery and thousands of dollars in expenses There are three key facts that appear on the face of the complaint that demonstrate the defendants are entitled to qualified immunity Based on those facts, there are at least three key legal principles that would have to be clearly established as a matter of law But are not Before the defendants could be considered plainly incompetent For the temporary closure of Highway 1806 on the Backwater Bridge during the 2016 DAPA protest First, by September 2016 there were 10,000 protesters Claiming the right to speak and assemble at a single intersection of a rural two-lane highway Which is like asking public officials to safely balance an elephant on the tip of a needle without breaking the needle Second, the crowd of 10,000 was not entirely peaceful, only the vast majority of it was so At admission there was some non-peaceful and violent protest Third, Backwater Bridge was damaged and required repairs before it could be reopened And detour routes were needed to permit the public to use the highway for its intended purpose Based on these three Undisputed facts, the state defendants contend there are at least three legal principles That would have to be clearly established as a matter of law But are not before the defendants could be considered plainly incompetent for their conduct One, there must be cases clearly establishing that law enforcement lose all ability to enforce the law And maintain crowd control in the interest of public safety when the percentage of law-abiding Protesters reaches a certain level versus the number of protesters engaging in violent or criminal activity Two, there must be cases clearly establishing that the normally discretionary decisions to close a damaged bridge Schedule repairs and create detour routes are all subject to First Amendment strict scrutiny analysis If putative protesters are claiming they have a right to occupy the bridge and the stretch of highway closed because of a Bridge that's out for purpose of speech and assembly Three, there must be cases clearly establishing that a rural highway with sloped ditches not intended for pedestrians With statutorily stated purposes that do not include speech and assembly has been considered a traditional public forum from time immemorial The lack of clearly established law on these legal principles Considered solely with facts that appear on the face of the complaint Demonstrate the defendants were not plainly incompetent for a temporary highway and bridge closure But there are additional undisputed facts in the public record That demonstrate protesters were engaged in continuous criminal activity on private land adjacent to this intersection So extensive that the North Dakota Supreme Court modified the practice rules for out-of-state attorneys Because the state defense bar claimed they were overwhelmed and unable to adequately represent all defendants The public record shows the reason Backwater Bridge was damaged was the federal felony act of Michael Garan For engaging in a civil riot by setting fires on the bridge public record from Related federal district court case in Dundon a case affirmed on appeal by this court Shows protesters were throwing Molotov cocktails at law enforcement in addition to other projectiles. I thought that appeal was dismissed No, that was a different. That was a different appeal your honor The one that I'm referring to was the one that dealt with preliminary injunction over the November 2016 incident on the on Backwater Bridge Whether limited to facts that appear on the face of the complaint or considered in conjunction with Undisputable facts in the public record the state defendants are entitled to a court's qualified immunity analysis at the motion to this stage before Going further in this case, and we haven't received that yet Limited time I have left Why don't you just file a motion for summary judgment that puts this extrinsic evidence? Into the record and eliminates the dispute about that and get a ruling Because we're we're entitled to under Payne v. Brinton. We're entitled to essentially two bites at the apple your honor We're entitled to have a qualified immunity. But you're going to get a remand to decide it on the face of the complaint and Your argument in the district court was almost entirely based on these other facts that you've mentioned that are in the public record But which the district court didn't notice Well, I think there's two there's two avenues your honor under Hamner This court can avoid that procedure around about because under Singleton qualified immunity is a pure issue of law Secondly, I think you could construe what the district court did By failing to conduct the objective reasonableness analysis under the second prong of qualified immunity as Effectively denying us our qualified immunity at this stage and then review it yourselves as well But at a minimum whether this from this court or from the district court We're entitled to a qualified immunity analysis before we go further Well, I I understand that I was just wondering as a practical matter why you would be so in why you would want a ruling on the face of the complaint when most of your argument is based on things that are outside the complaint which you could Because it's through a motion for some rejudgment because You have to go through thousands of hours of discovery and thousands of dollars in expenses before you get to that stage your honor And I mean that's even if you're just talking about qualified immunity summary judgment There's this protest involved tens You know ten thousand protesters it involved numerous law enforcement Agents it involved private parties the residents there were Morton County You so you're saying you don't think the judge would entertain a motion that just Included your public records of criminal conduct. You think the judge would say Before I'm going to entertain the motion. I'm gonna call for thousands of hours of discovery. I think I'm I see I'm cutting into Mr. Grinald's time Yes, this is a very fact-intensive If we get to if we don't get our qualified immunity analysis that we're entitled to at this stage I think this becomes a very fact-intensive Case and I'd like to reserve Some time for rebuttal and not cut into Mr. Grinald's time We'll see about rebuttal but Mr. Mr. Grinald go ahead Rebuttal is not to is not there is not to get the last word rebuttal is to respond to what Appellee's lawyer argues and we haven't heard that yet You're on mute Thank you your honor justices counsel, my name is Sean Grinald's I represent the appellant Morton County Sheriff Kyle Kirkmeyer Just like to follow up on what my colleague. Mr Nikolai was commenting on with respect to the errors by the district court in In this matter. The issue is qualified immunity this court has ruled and has stated before in praying pain versus Britain that Public officials are entitled to a reason grant or denial of their qualified immunity defense Now in this case the judge specifically said he's not going to rule on it. He thinks it's better suited for a summary judgment As mr. Nikolai pointed out the problem with that process is it deprives it forces us to go through the discovery process at Considerable time and expense to the parties before we have these issues ruled upon the other issue with the judge's ruling is he refused to consider several matters extrinsic evidence matters that we presented to the court and asked the court to take judicial notice of and We have those described in our briefing but amongst those are our matters that we produced the documents to the court to establish such as emergency declaration by the Morton County Board of County Commissioners such as executive orders by two successive North Dakota governor's mandating the evacuation of this area an executive order by President Donald Trump declaring the interest of proceeding with the development of the pipeline project There are several of these sorts of documents that we believe it was error for the court not to consider at least go through the Analysis of whether each of these items were properly considered We're subject to judicial notice or otherwise considered a public record Which this court has repeatedly said on a rule 12b 6 motion to dismiss The court doesn't automatically convert it to a rule 56 motion just because you submit certain additional Extrinsic matters to the court and the court has spelled out certain categories of documents and that includes Matters for which judicial notice can be taken The court the same courts Decisions and interrelated cases which we have situations here and I believe mr Nikolai commented on the Dundon versus Kirkmeyer decision where The exact same time frame the exact same protests spelling out the history of the violence It was being perpetrated in this vicinity. Another such case is the Our sham bowl case another case where the Dakota I'd like I'd like you to compare and contrast pain with the late the recent Dundon dismissal for lack of jurisdiction Which which is which case is this? Well your honor as to the recent dismissal of the Dundon appeal there wasn't any analysis. It was just a summary dismissal For lack of jurisdiction without any commentary as to why by the 8th circuit And so that matter did come back did come back and recently That case has been disposed of on summary judgment in favor of the defendants ultimately an absence of about a month or so ago But so we don't know the rationale for the dismissal of the Dundon No, wait, no, wait that dismissal was in what no late November or December of When is it 20 or 21 Are you referring to the dismissal of the appeal or the summit? Yes, yes for lack of for lack of jurisdiction and now you tell me now you tell me just a couple of months later It's resolved by summary judgment, which is exactly what judge Colleton was questioning or wondering should happen here I Don't know the answer is with it. They will have will have tons of discovery I assume that argument is based upon that the faction in in pain Well, you're honest. He's just one case and now we have a good example of why this is Has the appearance of much ado about nothing well, except your honor in Dundon the Dismissal of the appeal in Dundon was I believe at least a year ago and there was considerable discovery that he was engaged in That case leading up to the grant of summary judgments There were so numerous depositions written discovery The parties did incur substantial time and expense in that case leading up to the summary judgment. Ultimately, we don't we don't know All right, we don't know that. Yeah, that's not that's not in the record on this case, correct? but you know If we do the remand you're talking about I Don't care how much discovery is the district court allows before at least a preliminary Qualified immunity ruling on summary judgment, but it's going to take at least the year that Dundon took or I'm or I'm Naive about how efficient all the lawyers in this case are I haven't seen any efficiency on this on this dispute yet Well, your honor on that point and I see my I'd like to reserve time for for rebuttal and I'll concede my whatever time there Is to mr. Nikolai on the rebuttal but on that point, you know Our whole point is that the rules federal rule of evidence 201 says the court must take judicial notice of records if the information is provided we provided the information We believe we're entitled to have that information considered and we believe if the judge were to consider that information He would establish that the officials decision to close that highway would have been objectively reasonable under the Based on the information for which the courts allowed to consider under a rule 12 b6 motion dismiss. Thank you your honors. Well counsel Let's say you lose on that and and all we have to look at is the complaint and the allegations of the complaint What's what what's wrong with the complaint and and those allegations that we? Would view in the light most favorable to the plaintiffs here What why would those not be allegations of clearly established Constitutional rights You are in that regard. I guess with our limited time. I would refer the court to pages 14 through 18 of the sheriff Kirkmeyer's reply brief Which has a recitation of the admissions the plaintiffs have made in their pleadings that establish our point that they basically concede That there was unlawful conduct. They claimed that the protesters were occupying private property and this current legit issue North of the backwater bridge in Morton County in the direct path of the DAPL pipeline They admit that law enforcement had to use force to remove them from that property They also admit that they attempted to circumvent the barricade that law enforcement placed on the backwater bridge and attempted to cross the Cannonball River from the reservation into the security zone law enforcement established around the DAPL site Thank you, your honor Thank you Mr. Smith Do I pronounce it, right? Yes, your honor May it please the court. My name is Noah Smith Drelic and I represent the plaintiffs appellate ease This court can and should deny qualified immunity or dismiss defendants appeal on many different grounds Which plaintiffs have set forth in our briefing and I'd be happy to talk about today The question I have is is that the district court said That even if if there's a public record I can't I can't look at it if it's it all inconsistent with the allegations in the complaint Now as you well know, there are categories of documents That we we allow to be considered in the rule 12b6 stage because they are expressly or implicitly Incorporated or referred to in the complaint Now if we have if with respect to public records that fall into that category Isn't the district court clearly wrong? That he can't look at them and even if they're appropriate to be considered at a rule 12b6 motion For qualified immunity. He can't look at them because they're inconsistent What what case would support that? So your honor, I think the important thing to recognize here is that number none of the materials in this matter fall into that exception It's it's a narrow exception. That's a different point. I want an answer to my question If if a complaint for example turns on a contract, it's a contractual dispute. That's the classical example Hypothetically, I ask for a case that supports the district courts Categorical pronouncement that even if even if a document is can be considered at the rule 12b6 stage He won't look at it for qualified immunity if it's inconsistent with the complaint All that is is an invitation for plaintiff's lawyers in cases where qualified immunity will clearly be an issue To draft the complaint so it can't be dismissed I think both Twombly and Iqbal make clear that that the Pleading standard at the 12b6 is not a believability standard. At this stage of the matter Do you have a case that that addresses the point I'm making? No, your honor. Um, I do All right Now does it have to be true given the purposes of qualified immunity including that the the need for a prompt resolution that if if there are documents that are implicitly or explicitly Incorporated in the in the complaint by reason of the allegations of the complaint But they can be considered and it doesn't and and they can be considered on the issues of clearly established law Regardless of whether they are consistent or inconsistent with the way plaintiffs have pled their complaint Your honor the matters here are plainly not those that reading the exception as the defendants would hear would essentially Allow defendants to attach any evidence that defendants have that in any way relates to the complaint The exception in question regards generally take the emergency declaration I haven't I haven't studied the complaint, but I dare say that the emergency declaration if it isn't mentioned is that at least within the Parameters of what's alleged Yes, your honor so in paragraph five of the complaint the the plaintiffs alleged specifically that defendants engaged in a concerted effort To mischaracterize the events that happened at Standing Rock It's this court if it's considering the emergency declaration issued by one of the defendants here for truth of the matters asserted therein Would plainly conflict with that now this this court can can consider the fact that there is an emergency declaration But that isn't the way that isn't the way I'd consider in the qualified immunity analysis for the truth and so forth I'm not sure. I understand your honor. Well, it's the qualified. I mean the qualified clearly established Has to be done has to be examined with particularity. The Supreme Court has preached that countless times in the last decade so that means that that means that the fact that that a public road is a is a is a Limited public forum doesn't answer the question Even though that's where your brief leads with in this case Concluding that it is clearly established that this public road is a traditional public forum would fully answer the question because defendants haven't raised in any manner The argument that their regulation on speech in this public road can survive under a time place for manner restriction So if this court concludes as it should that it's clearly established that highway 1806 is a public road. Counsel, that argument just tells me you don't understand the qualifying immunity issues The Clearly established law has to do with damage liability of individual dependents for a No question. There's a dispute and no question there are first amendment interest issue in the dispute But that's not the clearly established analysis that the Supreme Court has Directed us to conduct and then directed the district court to conduct With it what the Supreme Court has directed this court to examine is is how the facts as alleged at this stage in litigation because we're at the motion to dismiss states The question is whether or not qualified immunity is present on the face of the amended complaint So whether those facts as alleged except it is true viewed in the light most favorable to the plaintiffs Plausibly state a claim to relief and plausibly here means legally plausibly in this case plaintiffs Have alleged that there is a closure of a road It's clearly established that roads are public forums And even if this court wants to engage in a particularized inquiry a forum analysis here Plaintiffs have alleged numerous facts This is paragraph 44 or 46 of the amended complaint of paragraph 45 of the amended complaint that show that this particular space Has a long-standing history of expressive use It is conducive and safe to be used for expressive conduct and has been historically In other words that this particular space should be a judge to traditional public forum And so that's the first step of qualified immunity is determining whether or not that's clearly established that the second step of a forum Analysis would be to turn to whether or not This regulation is appropriate as a time place or manner restriction on a traditional public forum and defendants haven't argued that Defendants have forfeited that argument in front of this court so this court concludes that that either Categorically this public road is a traditional public forum because the Supreme Court Frisbee vs Schultz has held that all streets are public forums that no particularized inquiry is necessary Or if this court holds that that a particularized inquiry here based on the facts that are alleged in the complaint show that this is a Argument that even if this court considers the extrinsic evidence their closure can survive as a time place for manner restriction And that is the appropriate qualified immunity Inquiry at this stage. In other words, this court can hold that It's clearly established that the forum issues a public forum and that defendants have forfeited the rest of a First Amendment inquiry Let me ask you this. Mr. Smith gray like do you think the judge ruled on the qualified immunity issue or not? So I think that the judge fully reasoned the qualified immunity issue So the judge here Let's just try for a straight answer though on whether we have a ruling or not Because we have a lot of cases to say if the judge doesn't rule then That's error and the case should be remanded for a ruling If there is a ruling then we can review it So this is I don't know what you mean when you say there's reasoning I understand there's a lot of it's a hundred page order, but is there a ruling do you think on the qualified immunity? Motion, I think effectively. Yes, although the judge does explicitly defer this issue to a later stage That's part of what's somewhat Confusing about this and what makes it a poor fit for some of the other cases That the 8th Circuit has decided on this The judge here correctly identifies that the standard in this case is whether or not Qualified immunity can be found on this face of the amended complaint the court correctly identifies that the defendants bear the burden Here of meeting that standard and the court concludes that defendants haven't met their burden And and and that is the full reasoning of qualified immunity and under this circumstance It's under such circumstances This court shouldn't remand to the district court to Redecide this issue that it's already decided Especially if the effect of such a remand would be to give the defendants a second opportunity to meet a burden Do you think the order could be read to say that on the face of the complaint? Yes, your honor and That should be deferred to a later stage because the judge thought he shouldn't consider it or wouldn't consider it now Yes, your honor And This question about extrinsic evidence is an abuse of discretion standard that that's an important thing to recognize here And this is the case. I believe you asked why? Why not resolve this at summary judgment I think the answer here is fairly clear is that defendants want the benefit of a ruling based on their evidence Where a judge considers their evidence doesn't consider plaintiffs evidence doesn't consider Doesn't allow plaintiffs to test that evidence in any way and and that is Clearly inappropriate at this stage The Eighth Circuit has recognized that because the effect of judicial notice is to deprive a party of the opportunity to use rebuttal evidence cross-examination or Argument to attack contrary evidence. It should be very very hesitant to take judicial notice here in this circumstance A number of the facts that defendants represent as being indisputable Artifact clearly incorrect. So for example, the state defendants in the reply brief Described this bridge as being a bridge over the road That's simply not true That would be very easy for for plaintiffs to rebut and there's a number of such facts that would be but at this stage in The litigation that plaintiffs don't have an opportunity to to do such things at least if this court credits that The defendants evidence and that points to why? Why admitting extrinsic evidence especially for the purposes that defendants seek here is so dangerous But that has nothing to do with qualified immunity these issues aren't going to go away I assume you thought you're seeking equity equitable relief No, your honor. We are not seeking equitable relief. You're only seeking damages against the individual defendants. No There are all those claims that were dismissed and the hundred-page order No plaintiffs are not seeking equitable relief in this matter I bought official capacity damages Plaintiffs are seeking damages against the municipality of the municipality is not not here on Appeal all the things here are if the individual defendants get qualified immunity Is that a does that get that effectively dismiss count one of the complaint? It does against the the defendants who are here on appeal It does not for the there are two defendants who are not appealing because they do not have qualified immunity available All right. So so all of the all of these merits issues you want to talk about Don't go away No, your honor, but The fact that you chose to if this is a fair characterization to Put these individual defendants in the in as as the sole target That that doesn't So what so that was that was a strategically bad choice if they get qualified immunity That doesn't doesn't mean your First Amendment claims were without merit or wouldn't have there wouldn't have Acquired maybe even a trial if there were legitimate equitable claims You're at the point that you're gesturing to is is Defendants point that qualified immunity should apply whenever there's disputes of fact That's not the standard of qualified immunity qualified immunity Establishes an issue of law. Yes, your honor and Here looking at the facts as alleged in the complaint It is clearly established that that discriminatorily closing nine miles of a public forum it Is a violation of law that that is clearly established Um, I want to know even if this court concludes that the public for the deformity issue is a non-public forum Plaintiffs alleged and the district court agreed that disclosure was viewpoint discriminatory and a prior restraint on other forms Those are alternative bases for religious record didn't agree Agreed it was alleged Yeah, yes, your honor and and the question of the merits of these is one that that is left to a later stage of litigation Qualified immunity doesn't change the relevant burdens of a case In other words if we in a case like this where it appears likely that there will be a factual dispute Necessary to resolve to resolve the matter what qualified immunity says isn't that the case should be Determined on the motion to dismiss standard very much. Not so Qualified immunity says that a case should be determined at the soonest possible opportunity. That is not here to the extent it is here that it should be based on the facts as alleged in the in the amended complaint not be the alternative extrinsic evidence that requires this court not just to Consider but to consider closely to draw inferences from to weigh those inferences Against well-pledged factual allegations in the amended complaint And that is properly not what the court should do as part of a qualified immunity analysis I see that I'm out of time if this court has further questions. Counsel, with Judge Loken's permission Your time is out, but I do have one one question. I think you could answer pretty briefly The attorney for the sheriff for the sheriff has Referred us to several pages of a reply brief that have many paragraphs of the complaint cited as what I would interpret as The contention is that it that it can basically concedes away these particular excerpts Concede away the clearly established Wrong of the qualified immunity analysis by making concessions about for example By conceding that there was some violence and some non-peaceful Protest and some need to restore law and order During this time period what's your response to that? My response to that is that these allegations say nothing of the sort is that Defendants have added details to the allegations that are not contained in the allegations that plaintiffs do not accept Defendants routinely label things as undisputed that are in fact very disputed at least for this stage of the litigation They label things that are undisputed that are in fact undisputed in the other direction So these allegations None of these say what the defendants claim they say I'm happy to go through allegation by allegation and explain why plaintiffs in fact don't allege what defendants claim they do but even if this court considers that there could be some existence of violence or disorder at Standing Rock There still remains questions of whether that was sufficient to motivate the response Why whether it did actually motivate the response as a matter of fact plaintiffs have pled on both counts that the answer is no Specifically and the law is clear in the Eighth Circuit and the Supreme Court that First Amendment activity may not be banned Simply because prior similar activity has has it led to or involved instances and violence in such circumstances You're not invited to repeat your argument counsel. You answered the question. Thank you your honor Is there time for rebuttal I'll give I'll give a minute to either one of you. I think all defendants were incorporated in the appellee's argument. So Either one of you can have a minute to respond Thank you, your honor. I'd like to address two points first the notion that we've forfeited something on appeal the plaintiffs different theories of liability including Viewpoint based discrimination are all based on the same conduct The bridge closure and the highway closure We have never waived the right to have that conduct analyzed for objective reasonableness Under the second prong of the qualified immunity analysis. In fact, we've insisted on it Secondly, I'd like to address the issue about The difference I think between the Dundon Appeal that was dismissed and this one in Dundon There was a dispute about the defendants conduct and whether it constituted excessive force in this case There's no dispute about the defendants conduct. We closed the highway and bridge the fact issues that the District Court addressed dealt with fact disputes about the status of the forum That's not the kind of fact dispute that makes qualified immunity analysis inappropriate We'd ask either for this court to remand or For this court to address this pure legal issue in the first instance on appeal. Thank you Thank you counsel case has been thoroughly briefed and argued and arguments been helpful and we'll take it under advisement